**No. 10-2. Pacesetter Apparel, Inc., Petitioner v. Cobb County, Georgia, et al.**

562 U.S. 889, 131 S. Ct. 225, 178 L. Ed. 2d 134, 2010 U.S. LEXIS 6612.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 374 Fed. Appx. 910.